IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON CORBIN MAZIE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6034 |
| | : | |
| META PLATFORMS, INC. | : | |
| *doing business as* | : | |
| FACEBOOK AND INSTAGRAM | : | |

# **ORDER**

AND NOW, this 21st day of November, 2025, upon consideration of pro se Plaintiff Aaron Corbin Mazie's Motion for Reconsideration and Objection to Premature Dismissal of Plaintiff's Motion for Summary Judgment (ECF No. 13), Post-Summary Judgment Motion (ECF No. 14), Emergency Motion for Entry of Default and Default Judgment (ECF No. 15), Post-Default Judgment Motion (ECF No. 16), Motion to Reopen Docket Entry and Reinstate Materials (ECF No. 17), Request to Clerk for Entry of Default (ECF No. 18), Request for Clarification of Procedural Posture (ECF No. 20), Combined Motion Packet for Entry of Default, Default Judgment, Request for Status, and Motion to Expedite (ECF No. 22), Motion to Compel Action on Plaintiff's Default Filings and Corrected Summary-Judgment Submission (ECF No. 23), Emergency Motion for Default Judgment Under Rule 55(b)(2) and for Immediate Issuance of Writ of Execution (Fieri Facias) (ECF No. 24), and Emergency Motion for Entry of Final Judgment Due to Material Change in Circumstances and Prejudicial Delay (ECF No. 25), and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

(1) Plaintiff's Emergency Motion for Entry of Default and Default Judgment (ECF No. 15), Request to Clerk for Entry of Default (ECF No. 18), Combined Motion Packet for Entry of Default, Default Judgment, Request for Status, and Motion to Expedite (ECF No. 22), Emergency Motion for Default Judgment Under Rule 55(b)(2) and for

Immediate Issuance of Writ of Execution (Fieri Facias) (ECF No. 24), and Emergency Motion for Entry of Final Judgment Due to Material Change in Circumstances and Prejudicial Delay (ECF No. 25) are DENIED without prejudice because Plaintiff has not shown Defendant Meta Platforms, Inc. has been properly served.

(2) Plaintiff's Motion for Reconsideration and Objection to Premature Dismissal of Plaintiff's Motion for Summary Judgment (ECF No. 13) and Motion to Reopen Docket Entry and Reinstate Materials (ECF No. 17) are DENIED. Mazie may refile his summary judgment motion with the financial-account information redacted after Defendant has been properly served with the Complaint and summons in this case.

(3) Plaintiff's Post-Summary Judgment Motion (ECF No. 14) and Post-Default Judgment Motion (ECF No. 16) are DENIED without prejudice.

(4) Plaintiff's Motion to Compel Action on Plaintiff's Default Filings and Corrected Summary-Judgment Submission (ECF No. 23) is DISMISSED as moot.

(5) Plaintiff's Request for Clarification of Procedural Posture (ECF No. 20) is GRANTED insofar as Mazie seeks clarification that the Complaint in this case has not been dismissed and the case remains active and has not been closed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.